```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

MARC EDWARD LEMEUR                                              PLAINTIFF

       v.           Civil No. 09-5260

CHARLIE DANIELS, ET AL.                                        DEFENDANTS

## ORDER

Now on this 14th day of July, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #7), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #7) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report And Recommendation, the plaintiff's claims are dismissed because: (1) he failed to provide the court with an *in forma pauperis* application or pay the filing fee; and (2) the claims are frivolous, fail to state claims upon which relief may be granted or are against individuals who are immune from suit.  *See* 28 U.S.C. 1915(e)(2)(B)(IFP action, or any portion thereof, may be dismissed if it fails to state a claim or seeks relief against a party who is immune from suit).

The dismissal of this case will count as a strike for purposes of 28 U.S.C. 1915(g).  The clerk is directed to place a 1915(g) flag on this case.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE